## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| **DEDEVAION GRAY** | **CIVIL ACTION NO. 20-0797** |
| | **SECTION P** |
| **VS.** | **JUDGE TERRY A. DOUGHTY** |
| **3RD JUDICIAL DISTRICT COURT, ET AL** | **MAG. JUDGE KAREN L. HAYES** |

### JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No.8] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED,** that Plaintiff Dedevaion Gray's claims are **DISMISSED** as frivolous, for failing to state claims on which relief may be granted, and for seeking monetary relief from defendants immune from such relief.

MONROE, LOUISIANA, this 1st day of September, 2020.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE